IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ERICK JEROME AYERS, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-BE-8027-NE |
| | ) CRIMINAL NO. 03-BE-20-NE |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on May 22, 2007, recommending that the motion to vacate be denied. The parties were allowed fifteen days from the date of filing in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 21st day of June, 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE